# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Victoria L. Cosenza  Debtor(s) | Chapter 13  Bankruptcy No. 18-10036-ref |
|---|---|

## ORDER

AND NOW, upon consideration of the Debtors' 2nd Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtor is granted an extension of time, to February 20, 2018, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

**BY THE COURT:**

**Date: February 15, 2018**

_____
**United States Bankruptcy Judge**

**Michael D. Hess, Esquire**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**
**Counsel for the Debtors**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**