.

```
Pennsylvania Housing Finance
211 North Front Street
PO Box 15057
Harrisburg, PA 17105-5057


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161
```