

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

CHECK NO: A786913
PAGE NUMBER: 1 of 1
CHECK DATE: 1/5/2018
PERIOD BEG/END: 12/24/2017 - 12/30/2017
PAY FREQUENCY: WEEKLY

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088106106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE  0
ST1:  0
ST2:

TAX ADJUSTMENTS
FED:  $0   ST1:
DI / UC:
LOCAL: %3.6  ST2:

STATE AND LOCAL CODES
PRI: PA LOC1: LA  LOC3:
SEC:  LOC2:  LOC4: LL
   LOC5:

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 25.53 | 389.33 |
| VAC PRIOR YR | 15.2500 | 15.50 | 236.38 |
| HOLIDAY | 15.2500 | 8.00 | 122.00 |
| TOTAL HOURS WORKED | | 33.53 | |
| TOTAL CURRENT HOURS/EARNINGS | | 49.03 | 747.71 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 25.53 | 389.33 |
| VAC PRIOR YR | | 15.50 | 236.38 |
| HOLIDAY | | 8.00 | 122.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 49.03 | 747.71 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 37.44 | 37.44 |
| MEDICARE TAX | 8.76 | 8.76 |
| FED INC TAX | 74.85 | 74.85 |
| PRI-STATE TAX | 18.53 | 18.53 |
| PRI-LOCAL TAX | 21.73 | 21.73 |
| 4-LOCAL TAX | 10.00 | 10.00 |
| SDI/UC TAX | .52 | .52 |
| TOTAL TAXES | 171.83 | 171.83 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCH YTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | .20 |
| YTD TIPS | |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXXX0845  431.74
CHECK AMOUNT  .00
TOTAL CURRENT NET PAY  431.74

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | -19.00 | -19.00 |
| MEDICAL | -125.04 | -125.04 |
| TOTAL PRE-TAX ITEMS | -144.04 | -144.04 |

| | GROSS | PRE TAX | TH TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 747.71 | -144.04 | 603.67 | 171.93 | .00 | 431.74 |
| Y-T-D | 747.71 | -144.04 | 603.67 | 171.93 | .00 | 431.74 |

Cancel   Printable Copy

© 2018 Ceridian Corporation. All rights reserved.

  

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA 19606

| | |
|---|---|
| CHECK NO: | A779746 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 12/29/2017 |
| PERIOD BEG/END: | 12/17/2017 - 12/23/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE  0
ST1:            0
ST2:

TAX ADJUSTMENTS:
FED: $0   ST1:
DI/UC:
LOCAL: %9.6  ST2

STATE AND LOCAL CODES
PRI: PA LOC1: LA LOC3:
SEC:     LOC2:    LOC4: LL
                              LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | 22.8750 | 6.25 | 142.97 |
| TOTAL HOURS WORKED | | 46.25 | |
| TOTAL CURRENT HOURS/EARNINGS | | 46.25 | 752.97 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1,938.82 | 29,582.24 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 236.09 | 5,464.00 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 48.00 | 732.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,384.91 | 39,177.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 46.70 | 2,223.42 |
| MEDICARE TAX | 10.92 | 519.99 |
| FED INC TAX | 97.34 | 4,637.58 |
| PRI STATE TAX | 23.12 | 1,100.64 |
| PRI LOCAL TAX | 27.11 | 1,290.67 |
| 4-LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .63 | 27.40 |
| TOTAL TAXES | 205.72 | 9,809.70 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCH YTD | .00 |
| UNITED WAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 10.40 |
| YTD TIPS | |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | .00 | -456.00 |
| MEDICAL | .00 | -2,869.84 |
| TOTAL PRE-TAX ITEMS | .00 | -3,325.84 |

### AFTER TAX DEDUCTIONS

| | CUR | YTD |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 104.00 |
| VOL DISAB LTD | .00 | 41.96 |
| VOL DISAB STD | .00 | 284.32 |
| TOTAL DEDS | 2.08 | 498.32 |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXXX0846  545.17
CHECK AMOUNT  .00
TOTAL CURRENT NET PAY  545.17

| | GROSS | PRE TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 752.97 | .00 | 752.97 | 205.72 | 2.08 | 545.17 |
| Y-T-D | 39,177.00 | -3,325.84 | 35,851.16 | 9,809.70 | 498.32 | 25,543.14 |

Cancel  Printable Copy

© 2018 Ceridian Corporation. All rights reserved.






## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

| CHECK NO: | A772095 |
|---|---|
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 12/22/2017 |
| PERIOD BEG/END: | 12/10/2017 - 12/16/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE  0
ST1:  0
ST2:

TAX ADJUSTMENTS:
FED:  $0  BT1:
DI/UC:
LOCAL: %63.6  BT2:

STATE AND LOCAL CODES
PRI: PA LOC1: LA LOC3:
SEC:    LOC2:    LOC4: LI
                         LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | 22.8750 | 5.66 | 129.47 |
| TOTAL HOURS WORKED | | 45.66 | |
| TOTAL CURRENT HOURS/EARNINGS | | 45.66 | 739.47 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,899.82 | 28,972.24 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 231.84 | 5,321.03 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 48.00 | 732.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,338.66 | 38,424.03 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 45.86 | 2,176.72 |
| MEDICARE TAX | 10.72 | 509.07 |
| FED INC TAX | 95.32 | 4,540.24 |
| PRI-STATE TAX | 22.70 | 1,077.52 |
| PRI-LOCAL TAX | 26.62 | 1,263.56 |
| 4-LOCAL TAX | .00 | 10.00 |
| SD/UC TAX | .52 | 26.87 |
| TOTAL TAXES | 201.74 | 9,603.98 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCH YTD | .00 |
| UNITED WAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2 GRP YTD | 10.20 |
| YTD TIPS | |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | .00 | -456.00 |
| MEDICAL | .00 | -2,869.84 |
| TOTAL PRE-TAX ITEMS | .00 | -3,325.84 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 101.92 |
| VOL DISAB LTD | 1.73 | 41.96 |
| VOL DISAB STD | 11.70 | 284.32 |
| TOTAL DEDS | 15.51 | 496.24 |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXX0845   522.22
CHECK AMOUNT   .00
TOTAL CURRENT NET PAY   522.22

| | GROSS | PRE TAX | TH TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 739.47 | .00 | 739.47 | 201.74 | 15.51 | 522.22 |
| Y-T-D | 38,424.03 | -3,325.84 | 35,098.19 | 9,603.98 | 496.24 | 24,897.97 |

Cancel   Printable Copy

© 2018 Ceridian Corporation. All rights reserved.





## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

CHECK NO: A764409
PAGE NUMBER: 1 of 1
CHECK DATE: 12/15/2017
PERIOD BEG/END: 12/03/2017 - 12/09/2017
PAY FREQUENCY: WEEKLY

COSENZA VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE 0
ST1: 0
ST2:

TAX ADJUSTMENTS:
FED: $0  ST1:
DI / UC:
LOCAL: %3.6  ST2:

STATE AND LOCAL CODES
PRI: PA LOC1: LA LOC3:
SEC:  LOC2:  LOC4: LL
LOC5:

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | 22.8750 | 20.89 | 477.86 |
| TOTAL HOURS WORKED | | 60.89 | |
| TOTAL CURRENT HOURS/EARNINGS | | 60.89 | 1,087.86 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,859.82 | 28,362.24 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 226.18 | 5,191.56 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 48.00 | 732.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,293.00 | 37,684.56 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 58.59 | 2,130.86 |
| MEDICARE TAX | 13.69 | 498.35 |
| FED INC TAX | 142.95 | 4,444.82 |
| PRI-STATE TAX | 28.98 | 1,054.82 |
| PRI-LOCAL TAX | 33.98 | 1,236.84 |
| 4-LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .76 | 26.35 |
| TOTAL TAXES | 278.89 | 9,402.24 |

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | -19.00 | -456.00 |
| MEDICAL | -125.04 | -2,869.84 |
| TOTAL PRE-TAX ITEMS | -144.04 | -3,325.84 |

### AFTER TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 65.04 |
| UNITED WAY | 2.08 | 89.84 |
| VOL DISAB LTD | .00 | 40.23 |
| VOL DISAB STD | .00 | 272.62 |
| TOTAL DEDS | 2.08 | 460.73 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCHYTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 10.00 |
| YTD TIPS | |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXX0845  662.85
CHECK AMOUNT  .00
TOTAL CURRENT NET PAY  662.85

| | GROSS | PRE TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,087.86 | -144.04 | 943.82 | 278.89 | 2.08 | 662.85 |
| Y-T-D | 37,684.56 | -3,325.84 | 34,358.72 | 9,402.24 | 460.73 | 24,475.75 |

Cancel  Printable Copy

© 2018 Ceridian Corporation. All rights reserved.





## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

| CHECK NO: | A756638 |
|---|---|
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 12/8/2017 |
| PERIOD BEG/END: | 11/26/2017 - 12/02/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE 0
ST1: 0
ST2:

TAX ADJUSTMENTS
FED: $0  ST1:
DI/UC:
LOCAL: %3.6  ST2:

STATE AND LOCAL CODES
PRI: PA  LOC1: LA  LOC3:
SEC:  LOC2:  LOC4: LL
  LOC5:

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | 22.8750 | 15.30 | 349.99 |
| TOTAL HOURS WORKED | | 55.30 | |
| TOTAL CURRENT HOURS/EARNINGS | | 55.30 | 959.99 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,819.82 | 27,752.24 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 205.29 | 4,713.76 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 48.00 | 732.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,232.11 | 36,596.70 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 58.53 | 2,072.33 |
| MEDICARE TAX | 13.92 | 484.66 |
| FED INC TAX | 148.99 | 4,301.97 |
| PRI STATE TAX | 29.47 | 1,025.84 |
| PRI LOCAL TAX | 34.56 | 1,202.96 |
| H LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .67 | 25.59 |
| TOTAL TAXES | 285.14 | 9,123.35 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCH YTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 9.80 |
| YTD TIPS | |

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | .00 | -437.00 |
| MEDICAL | .00 | -2,744.80 |
| TOTAL PRE-TAX ITEMS | .00 | -3,181.80 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 97.76 |
| VOL DISAB LTD | 1.73 | 40.23 |
| VOL DISAB STD | 11.70 | 272.62 |
| TOTAL DEDS | 15.51 | 478.65 |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXX0845  659.34

| CHECK AMOUNT | .00 |
|---|---|
| TOTAL CURRENT NET PAY | 659.34 |

| | GROSS | PRE-TAX | (1) TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 959.99 | .00 | 959.99 | 285.14 | 15.51 | 659.34 |
| Y-T-D | 36,596.70 | -3,181.80 | 33,414.90 | 9,123.35 | 478.65 | 23,812.90 |

Cancel  Printable Copy

© 2018 Ceridian Corporation. All rights reserved.





Ceridian Self-Service

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

| | |
|---|---|
| CHECK NO: | A748858 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 12/1/2017 |
| PERIOD BEG/END: | 11/19/2017 - 11/25/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT — FED: SINGLE 0 — ST1: 0 — ST2:
TAX ADJUSTMENTS — FED: $0 ST1: — DI/UC: — LOCAL: %3.6 ST2:
STATE AND LOCAL CODES — PRI: PA LOC1: LA LOC3: — SEC: LOC2: LOC4: LL LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 39.92 | 608.78 |
| HOLIDAY | 15.2500 | 8.00 | 122.00 |
| TOTAL HOURS WORKED | | 47.92 | |
| TOTAL CURRENT HOURS/EARNINGS | | 47.92 | 730.78 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,778.82 | 27,142.24 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 189.99 | 4,363.71 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 48.00 | 732.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,176.81 | 35,636.71 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 36.99 | 2,012.80 |
| MEDICARE TAX | 8.52 | 470.74 |
| FED INC TAX | 72.41 | 4,154.98 |
| PRI-STATE TAX | 18.01 | 996.37 |
| PRI-LOCAL TAX | 21.12 | 1,188.40 |
| 4-LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .91 | 24.92 |
| TOTAL TAXES | 156.96 | 8,838.21 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCH YTD | .00 |
| UNITED WAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 9.80 |
| YTD TIPS | |

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | -19.00 | -437.00 |
| MEDICAL | -125.04 | -2,744.80 |
| TOTAL PRE-TAX ITEMS | -144.04 | -3,181.80 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 96.68 |
| VOL DISAB LTD | .00 | 38.50 |
| VOL DISAB STD | .00 | 260.92 |
| TOTAL DEDS | 2.08 | 463.14 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0845 | 427.70 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 427.70 |

| | GROSS | PRE TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 730.78 | -144.04 | 586.74 | 156.96 | 2.08 | 427.70 |
| Y-T-D | 35,636.71 | -3,181.80 | 32,454.91 | 8,838.21 | 463.14 | 23,153.56 |

Cancel    Printable Copy

© 2018 Ceridian Corporation. All rights reserved.






## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA 19606

| | |
|---|---|
| CHECK NO: | A741114 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 11/24/2017 |
| PERIOD BEG/END: | 11/12/2017 - 11/18/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT — FED: SINGLE 0, ST1: 0, ST2:
TAX ADJUSTMENTS — FED: $0 ST1: DI/UC: LOCAL: %3.6 ST2:
STATE AND LOCAL CODES — PRI: PA LOC1: LA LOC3: SEC: LOC2: LOC4: LL LOC5:

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | 22.8750 | 2.73 | 62.45 |
| TOTAL HOURS WORKED | | 42.73 | |
| TOTAL CURRENT HOURS/EARNINGS | | 42.73 | 672.45 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,739.00 | 26,533.48 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 189.89 | 4,363.71 |
| MISC PAY | | | 257.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 40.00 | 610.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,128.89 | 34,905.93 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 41.70 | 1,976.41 |
| MEDICARE TAX | 9.75 | 462.22 |
| FED INC TAX | 65.27 | 4,082.57 |
| PRI-STATE TAX | 20.64 | 979.36 |
| PRI-LOCAL TAX | 24.21 | 1,147.28 |
| 4-LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .47 | 24.41 |
| TOTAL TAXES | 162.04 | 8,681.25 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCHYTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 9.40 |
| YTD TIPS | |

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | .00 | -418.00 |
| MEDICAL | .00 | -2,619.75 |
| TOTAL PRE-TAX ITEMS | .00 | -3,037.75 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 93.86 |
| VOL DISAB LTD | 1.75 | 38.50 |
| VOL DISAB STD | 11.86 | 260.92 |
| TOTAL DEDS | 15.69 | 461.06 |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXXX0845 474.72
CHECK AMOUNT .00
TOTAL CURRENT NET PAY 474.72

| | GROSS | PRE TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 672.45 | .00 | 672.45 | 182.04 | 15.69 | 474.72 |
| Y-T-D | 34,905.93 | -3,037.75 | 31,868.17 | 8,681.25 | 461.06 | 22,725.86 |

Cancel | Printable Copy

© 2018 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

BOSCOV'S DEPARTMENT STORE, LLC
4500 Perkiomen
Reading, PA
19606

CHECK NO: A733486
PAGE NUMBER: 1 of 1
CHECK DATE: 11/17/2017
PERIOD BEG/END: 11/05/2017 - 11/11/2017
PAY FREQUENCY: WEEKLY

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE  0
ST1:         0
ST2:

TAX ADJUSTMENTS:
FED:  $0   ST1:
DI/UC:
LOCAL: %5.6  ST2:

STATE AND LOCAL CODES
PRI: PA LOC1: LA LOC3:
SEC:    LOC2:   LOC4: LL
                LOC5:

IMPORTANT MESS...

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 15.2500 | 40.00 | 610.00 |
| OVERTIME | | | 17.69 |
| OVERTIME | 22.8750 | 6.39 | 146.17 |
| MISC PAY | | | 267.00 |
| TOTAL HOURS WORKED | | 46.39 | |
| TOTAL CURRENT HOURS/EARNINGS | | 46.39 | 1,030.86 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1,899.90 | 25,923.48 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,896.75 |
| OVERTIME | | 187.26 | 4,301.26 |
| MISC PAY | | | 267.00 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 40.00 | 610.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,086.16 | 34,233.49 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 55.37 | 1,934.71 |
| MEDICARE TAX | 12.95 | 452.47 |
| FED INC TAX | 130.19 | 3,997.30 |
| PRI-STATE TAX | 27.41 | 957.72 |
| PRI-LOCAL TAX | 32.14 | 1,123.07 |
| 4-LOCAL TAX | .08 | 10.00 |
| SDI/UC TAX | .72 | 23.94 |
| TOTAL TAXES | 258.78 | 8,499.21 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCHYTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.20 |
| W2GRPYTD | 9.20 |
| YTD TIPS | |

### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | -19.00 | -418.00 |
| MEDICAL | -119.08 | -2,619.76 |
| TOTAL PRE-TAX ITEMS | -138.08 | -3,037.76 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | 2.08 | 91.52 |
| VOL DISAB LTD | .00 | 36.75 |
| VOL DISAB STD | .00 | 249.06 |
| TOTAL DEDS | 2.08 | 445.37 |

### CURRENT NET PAY DISTRIBUTION

XXXXXXXXXXXXX0645  631.92
CHECK AMOUNT  .00
TOTAL CURRENT NET PAY  631.92

| | GROSS | PRE TAX | TH TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,030.86 | -138.08 | 892.78 | 258.78 | 2.08 | 631.92 |
| Y-T-D | 34,233.48 | -3,037.76 | 31,195.72 | 8,499.21 | 445.37 | 22,251.14 |

Cancel    Printable Copy

  

### Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA 19606

| | |
|---|---|
| CHECK NO: | A726226 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 11/15/2017 |
| PERIOD BEG/END: | 11/04/2017 - 11/04/2017 |
| PAY FREQUENCY: | WEEKLY |

COSENZA, VICTORIA
1035 LOCUST ST
READING, PA 19604
ID NUMBER: 0088105106
BASE RATE: 15.2500

STATUS EXEMPT
FED: SINGLE 0
ST1: 0
ST2:

TAX ADJUSTMENTS:
FED: $0  ST1:
DI/UC:
LOCAL: %3.6  ST2:

STATE AND LOCAL CODES
PRI: PA  LOC1: LA  LOC3:
SEC:    LOC2:     LOC4: LL
                  LOC5:

IMPORTANT MESSAGE:

#### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| SPECIAL BONUS | | | 717.00 |
| TOTAL HOURS WORKED | | .00 | |
| TOTAL CURRENT HOURS/EARNINGS | | | 717.00 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1,659.90 | 25,313.46 |
| PERSONAL | | 24.00 | 366.00 |
| VACATION | | 127.00 | 1,936.75 |
| OVERTIME | | 180.87 | 4,137.40 |
| BIRTHDAY | | 8.00 | 122.00 |
| HOLIDAY | | 40.00 | 610.00 |
| SPECIAL BONUS | | | 717.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,039.77 | 33,202.62 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 44.45 | 1,879.94 |
| MEDICARE TAX | 10.39 | 439.62 |
| FED INC TAX | 91.95 | 3,867.11 |
| PRI-STATE TAX | 22.01 | 930.31 |
| PRI-LOCAL TAX | 25.81 | 1,090.83 |
| 4-LOCAL TAX | .00 | 10.00 |
| SDI/UC TAX | .50 | 23.22 |
| TOTAL TAXES | 195.11 | 8,240.43 |

#### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| MATCHYTD | .00 |
| UNITEDWAY AGENCY | RUNF |
| GRP TERM LIFE | 0.00 |
| W2GRPYTD | 0.00 |
| YTD TIPS | |

#### PRE TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENTAL | .00 | -399.00 |
| MEDICAL | .00 | -2,500.88 |
| TOTAL PRE-TAX ITEMS | .00 | -2,899.88 |

#### AFTER TAX DEDUCTIONS

| | CUR | YTD |
|---|---|---|
| 401K LOAN | .00 | 68.04 |
| UNITED WAY | .00 | 89.44 |
| VOL DISAB LTD | .00 | 36.75 |
| VOL DISAB STD | .00 | 249.06 |
| TOTAL DEDS | .00 | 443.29 |

#### CURRENT NET PAY DISTRIBUTION

| | | |
|---|---|---|
| XXXXXXXXXXXXX0846 | | 521.89 |
| CHECK AMOUNT | | .00 |
| TOTAL CURRENT NET PAY | | 521.89 |

| | GROSS | PRE TAX | PTL TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 717.00 | .00 | 717.00 | 195.11 | .00 | 521.89 |
| Y-T-D | 33,202.62 | -2,899.88 | 30,302.94 | 8,240.43 | 443.29 | 21,619.22 |

Cancel | Printable Copy

© 2018 Ceridian Corporation. All rights reserved.