Certificate Number: 15111-PAE-DE-030738555

Bankruptcy Case Number: 18-10036



15111-PAE-DE-030738555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 19, 2018, at 9:26 o'clock AM EDT, Victoria Lyn Cosenza completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 19, 2018               By:   /s/Maan Arriane Vendiola for Ryan McDonough

                                     Name:   Ryan McDonough

                                     Title:   Executive Director of Education