## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Victoria L. Cosenza<br><br>                **Debtor(s)** | Chapter 13<br><br><br>Bankruptcy No. 18-10036-ref |

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $2,604.00 plus $38.35 for expense reimbursement.

**Date: September 14, 2018**

_____

**United States Bankruptcy Judge**