United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victoria L. Cosenza  
       Debtor

Case No. 18-10036-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Sep 14, 2018  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.  
db          +Victoria L. Cosenza,    1035 Locust Street,    Reading, PA 19604-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:  
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       MICHAEL D. HESS    on behalf of Debtor Victoria L. Cosenza amburke7@yahoo.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
       ROLANDO    RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                                                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**Victoria L. Cosenza**<br>　　　　　　　**Debtor(s)** | Chapter 13<br><br>Bankruptcy No. 18-10036-ref |

**ORDER**

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fee is approved in the amount of $2,604.00 plus $38.35 for expense reimbursement.

**Date: September 14, 2018**

_____
**United States Bankruptcy Judge**