**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | |
|---|---|
| **Victoria L. Cosenza** | **Chapter 13** |
| **Debtor** | **Bankruptcy No. 18-10036**-ref |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**To:     U.S. Trustee and Trustee**

Movants, the Debtor in this bankruptcy proceeding, filed a Motion for
Reconsideration with the Court.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully
and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not
have any attorney, you may wish to consult an attorney).

1.      If you do not want the Court to grant the relief sought in the motion or if you
want the Court to consider your views on the motion, then on or before October  19, 2018
you or your attorney must do **all** of the following:

(a)     file an answer explaining your position at United States Bankruptcy
Court, The Madison Building, 400 Washington Street, Reading, PA 19606.  If you mail
your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so
that it will be received on or before the date stated above; and

(b)     mail a copy to the Movant's attorney at:

Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601

2.      If you or your attorney do not take the steps described in paragraphs 1(a)
and 1(b) above and attend the hearing, the Court may enter an order granting the relief
requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable
Richard E. Fehling on October 25, 2018 at 9:30 a.m. in Courtroom #1, United States
Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania.

**4.** **If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).**

**5.** **You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one has filed an answer.**

**Dated:  September 28, 2018**