# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Victoria L. Cosenza    :    Case No. 18-10036-ref
                              :
                              :    Chapter 13

## PRAECIPE TO WITHDRAW MOTION TO RECONSIDER DISMISSAL OF CASE

**TO THE CLERK:**

Kindly withdraw our Motion to Reconsider Dismissal of Case, which was filed on September 28, 2018, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:    /s/ Michael D. Hess
        Michael D. Hess, Esquire
        Attorney for Debtor
        1672 Manheim Pike
        Lancaster, PA  17601
        (717) 391-2911